**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond Ambrose,<br><br>           Plaintiff,<br><br>vs.<br><br>State of Arizona, et al.,<br><br>           Defendants. | No. CIV 06-2657-PHX-SMM (DKD)<br><br>**ORDER** |

It appearing to the Court that Defendants' Motion to Dismiss (Doc. #24), filed June 11, 2007, is now ready for the Court's consideration,

**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion to Dismiss (Doc. #24). All other matters shall remain before the Magistrate Judge for disposition as appropriate.

DATED this 23rd day of July, 2007.

Stephen M. McNamee
United States District Judge