**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond Ambrose, | No. CV 06-2657-PHX-SMM (DKD) |
| Plaintiff, | **ORDER** |
| vs. | |
| State of Arizona, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Extension (Doc. #33), which seeks additional time to respond to Defendants' pending Motion to Dismiss (Doc. #24).[1] The Motion to Dismiss was filed on June 11, 2007, and Plaintiff was ordered to file his response within 30 days of that date. Plaintiff's Plaintiff's Motion for Extension was filed September 26, 2007, over two months after the response deadline.

In his motion, Plaintiff argues that a series of security issues in the Santa Rita Unit, where he is presently housed, have prevented access to law library resources (Doc. #33 at 1). Specifically, a large number of out-of-state prisoners have been shipped to Arizona facilities through the Santa Rita Unit, thereby disrupting normal prison operations and requiring security lock-downs 3-4 days a week (id. at 2). Because these disruptions have impaired Plaintiff's ability to complete briefs and obtain copies, he requests and extension of 30 days

---

[1] The Motion to Dismiss was filed by the following Defendants: the State of Arizona, Ramos, Romweber, Mummert, Berger, Holmes, and Bevins (Doc. #24). The remaining Defendants—Misty Taylor, Lynch, and Rivers—have not been served (Doc. #24 n. 1)

1  to file his response memorandum (id.). Although the Court understands the difficulty of
2  Plaintiff's position, Plaintiff should have filed this motion within the time limit established
3  by the Court's order of June 11, 2007.  Therefore Plaintiff's motion is denied as untimely,
4  and Defendants' motion to dismiss for failure to exhaust administrative remedies (Doc. #24)
5  is granted pursuant to Local Rule 7.2(i).  Accordingly,

6       **IT IS HEREBY ORDERED** denying Plaintiff's Motion for Extension (Doc. #33).
7       **IT IS FURTHER ORDERED** granting Defendants Motion to Dismiss (Doc. #24),
8  and dismissing this matter without prejudice.

9       DATED this 9th day of October, 2007.

_____
Stephen M. McNamee
United States District Judge